UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
LUCIANA MELO,

                        Plaintiff,

               -against-                                25-cv-3813 (LAK)

METROPOLITAN LIFE INSURANCE COMPANY, et ano.,

                        Defendants.
------------------------------------------------x

**RULE 16 ORDER**

LEWIS A. KAPLAN, *District Judge*.

        The Court having conferred with counsel for all parties today, it is hereby

        ORDERED, as follows:

        1.    The parties agree, and the Court orders, that this case shall be determined on cross-motions for summary judgment based entirely on the administrative record with respect to plaintiff's claim and appeal before Metropolitan Life Insurance Company ("MetLife").

        2.    Defendants' motion for summary judgment shall be filed no later than January 7, 2026. Plaintiff's combined response to defendants' motion and her cross motion for summary judgment shall be filed no later than January 30, 2026. Defendants' combined reply in support of their motion and in opposition to plaintiff's cross-motion shall be filed no later than February 6, 2026. Plaintiff's reply in support of her cross-motion shall be filed no later than February 13, 2026.

        3.    The purported affirmative defenses set forth in MetLife's answer are stricken. They are neither affirmative defenses nor legally sufficient.

        SO ORDERED.

Dated:     October 30, 2025

                                                          Lewis A. Kaplan
                                                   United States District Judge