UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LUCIANA MELO,

Plaintiff,

-against-                                                                 25-cv-3813 (LAK)

METROPOLITAN LIFE INSURANCE COMPANY, et ano.,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/2026

## ORDER

LEWIS A. KAPLAN, *District Judge.*

Dkt 32 contains what the Court construes as a motion by plaintiff for leave to amend the complaint. Defendants' response, if any, is due on February 26, 2026 unless otherwise ordered.

SO ORDERED.

Dated:          February 18, 2026

Lewis A. Kaplan
United States District Judge