# Robinson+Cole

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-9-26

MATTHEW P. MAZZOLA

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
mmazzola@rc.com
Direct (212) 451-2914

Also admitted in Florida
and New Jersey

March 6, 2026

*VIA ECF*

The Honorable Lewis A. Kaplan, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Melo v. Metropolitan Life Insurance Co., et al.*, **Case No. 25-cv-03813 – Defendants'**
**Letter Motion For Extension of Time to File Cross-Motions for Summary Judgment**

Dear Judge Kaplan:

Defendants Metropolitan Life Insurance Co. ("MetLife") and Google LLC ("Google" and with MetLife, "Defendants"), pursuant to Your Honor's Individual Practices, jointly submit this letter requesting an extension of the current summary judgment briefing schedule by thirty (30) days in light of Plaintiff's pending motion to amend the Complaint [ECF No. 32].

By way of brief background, Plaintiff Luciana Melo ("Plaintiff") was previously represented by counsel, who withdrew his appearance on January 23, 2026 [ECF Nos. 22, 30]. Plaintiff, now proceeding *pro se*, filed her motion to amend the operative Complaint on February 17, 2026 [ECF No. 32], which proposes to expand the scope of what was originally a straightforward ERISA benefits claim by adding an entirely new ERISA fiduciary breach claim. On February 26, 2026, Defendants opposed Plaintiff's motion for leave to amend because (1) Plaintiff's proposed claims are both futile and meritless, and (2) the late addition of a fiduciary breach claim, after the operative administrative record has already been exchanged and on the eve of summary judgment briefing, could expose Defendants to meritless discovery and will necessarily delay swift resolution of this matter and prejudice Defendants. *See* Defs.' Opp. to Plaintiff's Mot. to Amend [ECF Nos. 36, 38, 39].

Plaintiff's reply in support of her motion to amend was due to be filed on March 5, 2026, and Defendants' cross-motion for summary judgment is currently due on March 11, 2026. [*See*

---

Boston | Hartford | New York | Washington, DC | Providence | Miami | Austin | Stamford | Wilmington | Philadelphia | Los Angeles | Albany

rc.com | Robinson & Cole LLP

# Robinson+Cole

Hon. Lewis A. Kaplan
March 6, 2026
Page 2

ECF Nos. 21, 34]. To give the Court time to consider the parties' briefing and rule on Plaintiff's motion to amend, and to provide Defendants with enough time to assess the scope of the claims they are defending against in this action, Defendants respectfully ask the Court to extend the current summary judgment briefing schedule by thirty (30) days, such that (1) Defendants' cross-motions for summary judgment will be due on April 10, 2026; (2) Plaintiff's combined response to Defendants' motion and cross-motion for summary judgment will be due on May 4, 2026; (3) Defendants' replies in support of their motions and in opposition to Plaintiff's cross-motion will be due on May 11, 2026; and (4) Plaintiff's reply in support of her cross-motion for summary judgment will be due on May 18, 2026. Defendants note that should Plaintiff be permitted leave to amend her Complaint, additional time may be needed to complete summary judgment briefing.

Defendants attempted to obtain consent from Plaintiff to the relief they are seeking in this letter. Plaintiff did not respond to their request.

We thank the Court for its attention to this matter.

\*          \*          \*

Respectfully submitted,

/s/ Matthew P. Mazzola
Matthew P. Mazzola
*Counsel for MetLife*

/s/ Jared R. Killean (with permission)
Jared R. Killean
*Counsel for Google*

Copy to:    All Counsel/Parties of Record (*via* ECF)

SO ORDERED

LEWIS A. KAPLAN, USDJ
3/9/26