UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

LUCIANA MELO,

                                    Plaintiff,

                -against-                                                25-cv-3813 (LAK)

METROPOLITAN LIFE INSURANCE COMPANY, et ano.,

                                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-5-26

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        This Court's ECF Rule 5.1 provides in relevant part:

        "Filing Users must submit all documents referenced as exhibits or attachments in electronic form, unless the Court permits paper filing. *Each document filed as an exhibit must be filed as a separately numbered attachment to the main document and must be clearly titled with an objective description of the document (e.g., 6/14/19 Deposition of John Doe; 10/14/21 Letter from Smith to Jones; 3/15/20-3/23/20 Email Thread between Doe and Roe) so that the nature of the exhibit and its relevance are clearly discernible without the need to open the file.*" (Emphasis added)

        Defendant Metropolitan Life Insurance Company's April 17 filing disregarded this rule. It shall correct that filing no later than May 12, 2026.

        SO ORDERED.

Dated:        May 5, 2026

                                                        _____
                                                        Lewis A. Kaplan
                                                        United States District Judge