UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCIANA MELO.,

Plaintiff,

-against-

METROPOLITAN LIFE INSURANCE COMPANY AND GOOGLE LLC.,

Defendants.

25 CIVIL 3813 (LAK)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Memorandum Opinion dated October 27, 2026, defendants' joint motion for summary judgment (Dkt 50) is GRANTED. The complaint (Dkt 1) is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
October 29, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**